# KASOWITZ BENSON TORRES LLP

1633 BROADWAY
NEW YORK, NEW YORK 10019
(212) 506-1700
FAX: (212) 506-1800

ANDREW R. KURLAND
DIRECT DIAL: (212) 506-3306
DIRECT FAX: (212) 835-5254
AKurland@kasowitz.com

ASPEN
ATLANTA
HOUSTON
LOS ANGELES
MIAMI
NEWARK
SAN FRANCISCO
SILICON VALLEY
WASHINGTON DC

February 20, 2019

Via ECF

Hon. Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2540
New York, NY 10007

    Re:    *RideApp, Inc. v. Juno USA LP*, Case No. 18-CV-11579-KMW
              Order and Notice of Initial Conference (Dkt. No. 10)

Dear Judge Wood:

    On behalf of plaintiff, we write regarding the above-referenced Order and the upcoming deadlines described therein.  Service was perfected on the defendant on February 8, 2019.  To date, the defendant has not answered nor has counsel made an appearance.  Accordingly, we request an adjournment of the deadlines set forth in the Order until counsel for the defendant makes its appearance.

    We will promptly confer with counsel regarding the mattes in the Order and advise the Court when we have done so.

                                                        Respectfully submitted,

                                                         /s/ Andrew R. Kurland