```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3-9-2023   
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RIDEAPP, INC.,

                Plaintiff,

                                                18-CV-11579 (KMW)

     -against-                                         **ORDER**

JUNO USA, LP,

                Defendant.
-------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

       On December 11, 2018, Plaintiff initiated a patent infringement action against Defendant. (ECF No. 1.) On May 17, 2019, Defendant filed a motion to dismiss Plaintiff's Amended Complaint. (ECF No. 39.) Plaintiff filed a response in opposition to Defendant's motion on June 17, 2019, and Defendant replied on July 1, 2019. (ECF Nos. 52, 55.)

       Defendant subsequently filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware. (*See* Case No. 19-12484-MFW.) Pursuant to 11 U.S.C. § 362, proceedings in this Court were automatically stayed. (ECF No. 67.)

       On February 2, 2023, Defendant's bankruptcy case was closed, and the stay was automatically terminated. As several years have passed since Defendant's motion to dismiss was initially briefed, the Court will give the parties an opportunity to supplement their original filings. The parties' supplemental briefings, if any, should be submitted no later than April 3, 2023.

       SO ORDERED.

Dated: New York, New York　　　　　　　　　/s/ Kimba M. Wood
　　　　March 9, 2023　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　　　　　　　United States District Judge