UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
RIDEAPP, INC.,

                     Plaintiff,

     -against-

JUNO USA, LP,

                     Defendant.
-------------------------------------------------------

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  May 24, 2023 |

18-CV-11579 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    Defendant Juno appears to no longer be in business.  Plaintiff shall inform the Court by June 2, 2023 as to whether its suit should be dismissed.

SO ORDERED.

Dated: New York, New York
       May 24, 2023

                                                   */s/ Kimba M. Wood*
                                               KIMBA M. WOOD
                                        United States District Judge